**UNITED STATES of America v. Quinn MALONE.**

No. 7022.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1936.

J. B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn.

Rankin, Frazier & Roberts, of Chattanooga, Tenn., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that the evidence adduced on the hearing of this case was not sufficient to submit to the jury the question as to whether the appellee became totally and permanently disabled during the

**1018**

life of the policy of insurance sued upon, it is ordered that the judgment be reversed and the cause remanded for a new trial.